U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP - 3 2014

CLERK, U.S. DISTRICT COURT
By_____
Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

ANDRE DAVID LEFFEBRE, 02897-078,          )
                  **Plaintiff,**          )
                                        )
v.          )          **No. 3:14-CV-3034-L**
                                        )
FEDERAL BUREAU OF PRISONS, ET AL.,          )
                  **Defendants.**          )

## FINDINGS, CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

This cause of action was referred to the United States Magistrate Judge pursuant to the

provisions of Title 28, United States Code, Section 636(b), as implemented by an order of the

United States District Court for the Northern District of Texas.  The Findings, Conclusions and

Recommendation of the United States Magistrate Judge follow:

Plaintiff is a federal prisoner and has filed this complaint pursuant to 42 U.S.C. § 1983.

He seeks leave to proceed *in forma pauperis* under the provision of 28 U.S.C. § 1915.  The Court

finds Plaintiff's motion to proceed *in forma pauperis* should be denied.

Title 28 U.S.C. § 1915(g) provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or
> proceeding under this section if the prisoner has, on 3 or more prior occasions, while
> incarcerated or detained in any facility, brought an action or appeal in a court of the
> United States that was dismissed on the grounds that it is frivolous, malicious, or fails to
> state a claim upon which relief may be granted, unless the prisoner is under imminent
> danger of serious physical injury.

Plaintiff has filed numerous previous actions in federal court.  At least three of these

cases were filed while Plaintiff was incarcerated and were dismissed as frivolous.  *See Leffebre v.*

*Federal Corp. United States*, No. 07-41184 (5th Cir. Mar. 24, 2008) (finding Plaintiff barred by

**Findings, Conclusions and Recommendation**
**of the United States Magistrate Judge**          Page 1

three strikes).  Additionally, Plaintiff's complaint does not state that he is imminent danger of

serious physical injury.  The Court recommends that Plaintiff's motion to proceed *in forma*

*pauperis* be DENIED.

**RECOMMENDATION:**

For the foregoing reasons, the Court recommends that the District Court deny Plaintiff

leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g).  The Court further

recommends that the District Court dismiss this action pursuant to § 1915(g), unless Plaintiff

tenders the $350.00 filing fee to the District Clerk within fourteen (14) days of the filing of this

recommendation.

Signed this 3 day of Sept. , 2014.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

**Findings, Conclusions and Recommendation**
**of the United States Magistrate Judge**     Page 2

## INSTRUCTIONS FOR SERVICE AND
## NOTICE OF RIGHT TO APPEAL/OBJECT

A copy of this report and recommendation shall be served on all parties in the manner

provided by law.  Any party who objects to any part of this report and recommendation must file

specific written objections within 14 days after being served with a copy.  *See* 28 U.S.C. §

636(b)(1); FED. R. CIV. P. 72(b).  In order to be specific, an objection must identify the specific

finding or recommendation to which objection is made, state the basis for the objection, and

specify the place in the magistrate judge's report and recommendation where the disputed

determination is found.  An objection that merely incorporates by reference or refers to the

briefing before the magistrate judge is not specific.  Failure to file specific written objections will

bar the aggrieved party from appealing the factual findings and legal conclusions of the

magistrate judge that are accepted or adopted by the district court, except upon grounds of plain

error.  *See Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996).